# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:04-CR-366 CAS |
| LEJUAN CARTER, | ) | |
| Defendant. | ) | |

## ORDER

This closed criminal matter is before the Court on defendant LeJuan Carter's motion to re-file documents under seal. Defendant seeks to have his plea agreement, guidelines recommendations and stipulations [Doc. 27] and a letter to the Court dated December 3, 2004 [Doc. 32] filed under seal. Defendant states that the request is due to the "privacy, sensitivity, and confidential nature of these documents." The Court has contacted the government regarding defendant's request, and the government does not oppose the motion. For the reasons stated in the motion, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant LeJuan Carter's motion to re-file documents under seal is **GRANTED**. [Doc. 48]

**IT IS FURTHER ORDERED** that the Clerk of Court shall file under seal the plea agreement, guidelines recommendations and stipulations [Doc. 27] and the letter to the Court from defendant LeJuan Carter dated December 3, 2004 [Doc. 32].

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  17th  day of February, 2010.